**No. 58075.**—Robert & Company, Inc. *v.* United States, protest 219433–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of ammonium ichthiosulfonate (ichtammol) the same in all material respects as the commodity passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiff was sustained.

**No. 58076.**—Natt Weinstock, Inc. *v.* United States, protest 839016–G (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 58077.**—Atiyeh Bros. *v.* United States, protest 204020–K (New York).

Opinion by OLIVER, C. J. The undisputed facts showed that the rugs in question are so-called "market Kerman," whose measurement should have been computed on the basis of 7.24 square feet to the Persian unit called "a zar," as claimed by plaintiff, rather than on the basis of 6.75 square feet to "a zar," the measurement applicable to the so-called "contract Kerman" rugs, as adopted by the customs officials. The claim of the plaintiff was sustained accordingly.

**No. 58078.**—Gretsch & Brenner, Inc., and Gehrig Hoban & Co., Inc. *v.* United States, protest 213893–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pieces of vellum the same in all material respects as those the subject of Abstract 57385, the claim for free entry under paragraph 1736 was sustained.